**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ELLIOTT J. SCHUCHARDT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:22-cv-00762** |
| | ) | **Judge Richardson/Frensley** |
| **STATE OF TENNESSEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is now before the Court upon Defendants' Motion to Dismiss. Docket No. 7. In their Supporting Memorandum, Defendants assert that "Mr. Schuchardt is the subject of two separate disciplinary proceedings: *In Re: Elliott James Schuchardt*, 2018-2876-2-AJ ('*Schuchardt I*') and *In Re: Elliott James Schuchardt*, 2021-3195-2-AJ ('*Schuchardt II*')." Docket No. 7-1, p. 2. Defendants describe these as active, ongoing proceedings, although they note that a final hearing date was set for *Schuchardt II* on January 24, 2023. *Id.* at 3.

In order to assist the Court in analyzing the Motion to Dismiss, Defendants are ordered to file, no later than April 7, 2023, a document explaining the status of *Schuchardt I* and *Schuchardt II*. Specifically, this filing must state whether they continue to be active, ongoing proceedings, or whether they have concluded.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**