IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELLIOT J. SCHUCHARDT, ) | |
|     Plaintiffs, ) | |
| ) | Civil Action No. 3:22-cv-762 |
| v. ) | Judge Richardson/Frensley |
| ) | |
| STATE OF TENNESSEE, ET AL. ) | |
|     Defendants. ) | |

## ORDER

The Court held a case management conference with the Parties on May 25, 2023, to discuss Judge Richardson's instructions in his order (Docket No. 25) regarding the undersigned's report and recommendation in this matter. The Plaintiff indicated his intention to file a motion to amend the complaint in this matter in light of the prior rulings. The undersigned further discussed the potential need for supplemental briefing on the issues identified by Judge Richardson in his order as well as the interplay between any potential amendments to the complaint and the motion to dismiss.

In light of the foregoing, the Plaintiff shall file any motion to amend his complaint on or before **June 8, 2023**. Following a ruling on any motion to amend, the Court will provide the Parties with further instructions regarding briefing on the motion to dismiss.

    IT IS SO ORDERED.

                                        **JEFFERY S. FRENSLEY**
                                        **United States Magistrate Judge**